# United States Court of Appeals
## For the First Circuit

---

No. 06-1517

UNITED STATES OF AMERICA,

Appellee,

v.

BELEN NIEVES-CASTAÑO,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this court issued on March 27, 2007 is amended as follows:

On page 2, line 4: Insert the word "of" between "possession" and "a."

On page 2, line 20: Replace the word "era" with the word "rea."

On page 5, line 4: Replace the number "18" with the number "26."

On page 5, line 19: Replace the number "18" with the number "26."

On page 11, line 10: In place of the two spaces between "B." and "<u>Constitutionality</u>," insert a line indent.